1-29-2015 To The Clerk of The Court of Criminal Appeals.

1#

R.E.F; Request for copy of Rules To Amend 11.07 Filed in 2007.

66,947-01

To who may be reading This Letter.
I am writing To request a copy rule(s) To Amend 11.07 Filed in 2007. Filing Pro Se, My name is Michael W. Bergstresser 1147794. 188Th District Court Longview, Gregg County Tx

30,024-A, 30,026-A
C.C.P. 21.11 (a)(1). Since Last filing Pro Se in 2007 have since found other information in my case Previously unavailable To me.
Any kind of information is much appreciated. Thank You Respectfully

Mike Bergstresser 1147794

R. Duncan unit A-19, 1502 S, First, Diboll Tx 75941

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk